IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01827-BNB

JESSE BARAJAS,

    Applicant,

v.

FRANCIS FALK, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD AND TO ANSWER

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Denver District Court case number 03CR2922, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) Within **thirty (30) days from the date the Respondents file an Answer,** Applicant may file a Reply if he desires; and

(4) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, Office of the State Court Administrator, by United States mail, first class postage prepaid, at the following addresses:

>Clerk of the Court
>Denver County District Court
>1437 Bannock Street, Room 256
>Denver, Colorado 80202;
>
>Court Services Manager
>Office of the State Court Administrator
>1300 Broadway, Suite 1200
>Denver, Colorado  80203

Dated: July 30, 2014

BY THE COURT:

s/Lewis T. Babcock
United States District Judge