IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01827-PAB

**JESSE BARAJAS**,

    Applicant,

v.

**FRANCIS FALK**, Warden, L.C.F., and
**THE ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

---

### ORDER TO FILE SUPPLEMENTAL RESPONSE

---

Applicant, Jesse Barajas, has moved this Court for acceptance of his untimely Notice of Appeal [Docket No. 30]. In support of his Motion, he claims that he has never received a copy of the Order of July 30, 2015, denying his § 2254 habeas application and only learned of it by searching the law library computer, at which time it was too late to file a timely notice of appeal.

In general, a litigant must file a notice of appeal within thirty days of entry of judgment. Fed. R. App. P. 4(a)(1)(A). Notwithstanding, a district court may, upon a motion filed no later than 30 days after the deadline for filing a notice of appeal, extend the time for filing an appeal if the moving party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(i) & (ii).

Respondents filed a Response to Applicant's Motion on October 14, 2015, wherein they submit that they would not be prejudiced by the delay and concede that the reason for the delay, *i.e.*, Petitioner did not receive a copy of the final judgment,

may not have been within his control [Docket No. 33].  Respondents further assert that Applicant should be required to show his conduct "was in good faith" by producing a copy of the prison mail logs to show that he did not timely receive a copy of either the order denying his habeas application or the final judgment.

In an effort to resolve this matter as expeditiously as possible, and with the understanding that prison logs can be obtained much more readily by Respondents than Applicant, the Court will direct Respondents to either:  1) produce the relevant prison logs with a Supplemental Response that indicates whether or not Applicant received the Court's final judgment; or 2) agree not to oppose the Applicant's Motion to File/Accept Notice of Appeal Out-of-Time.  Accordingly, it is

**ORDERED** that **within ten (10) days from the date of this Order** Respondents shall file a Supplemental Response that either:  1) includes copies of the relevant prison logs with an indication whether or not Applicant received the Court's final judgment in this action; or 2) agrees not to oppose the Applicant's Motion to File/Accept Notice of Appeal Out-of-Time.

DATED October 16, 2015, at Denver, Colorado.

BY THE COURT:

 s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge